UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLARENCE EDWARD WALLESKE, JR.,**

    **Plaintiff,**

v.                                                                                              Case No: 6:17-cv-555-Orl-41TBS

**ROBERT ROUNDTREE, JR., JANE DOE ROUNDTREE, BILL CERVONE and JANE DOE CERVONE,**

    **Defendants.**
_____/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). On April 27, 2017, United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation[1] (Doc. 6), in which he recommends that the motion be denied and the Amended Bill in Equity (Doc. 5) be dismissed without prejudice and without leave to amend.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The April 3, 2017 Report and Recommendation (Doc. 3) is **MOOT**.

---

[1] On April 3, 2017, Judge Smith submitted a Report and Recommendation (Doc. 3), recommending that this case be dismissed without prejudice. Thereafter, Plaintiff filed the Amended Bill in Equity (Doc. 5). Accordingly, the April 3, 2017 Report and Recommendation is moot.

2. The April 27, 2017 Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

4. The Amended Bill in Equity (Doc. 5) is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties